UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| ANGELA YARBROUGH, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CAUSE NO. 4:15-CV-14-PPS-PRC |
| v. | ) | |
| | ) | |
| INDIANA VETERANS HOME and INDIANA DEPARTMENT OF VETERANS AFFAIRS, | ) | |
| Defendants. | ) | |

## ORDER

This matter is before me on Magistrate Judge Cherry's Report and Recommendation dismissing this matter on the basis of *pro se* Plaintiff Yarbrough's failure to comply with court orders or even prosecute this case. [DE 34.] Despite the fact that this case was filed over two years ago, Yarbrough has failed to produce any initial disclosures or discovery responses in violation of this Court's January 11, 2017 Order compelling her to do so. [DE 25.] In its January 11, 2017 Order, the Court explicitly warned Yarbrough that this cause of action might be dismissed if she failed to comply with the Federal Rules of Civil Procedure or Orders issued by the Court. [*Id.* at 2.] Despite that Order, Yarbrough failed to meet the court-ordered February 1, 2017 deadline to respond to discovery. [DE 25.] In fact, Yarbrough stated at the March 16, 2016 hearing in front of Judge Cherry that she had not even fully read the entire discovery requests. [DE 31.]

Thereafter, the State Defendants moved to dismiss this action for lack of prosecution. [DE 32.] On April 6, 2017, Judge Cherry issued his Report and Recommendation recommending that I dismiss Yarbrough's case. [DE 34.] Yarbrough did not file any objections. Accordingly, I will **ADOPT** the Report and Recommendation [DE 34] and will **GRANT** the Defendants' Motion to Dismiss, DE 32, and **DISMISS WITH PREJUDICE** this case.

**SO ORDERED**.

ENTERED: April 25, 2017.

 s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT